UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**CASE NO. 11-CIV-23413 JEM**

EMILIO PINERO,

        Plaintiff,

v.

SULMONA VENTURES, L.L.C, and
SUNSHINE RESTAURANT PARTNERS,
L.L.C. d/b/a SUNSHINE RESTAURANT
MERGER SUB, L.L.C., d/b/a IHOP
RESTAURANT

        Defendants.
_____/

## NOTICE OF DISMISSAL

"Plaintiff Emilio Pinero, by and through undersigned counsel, hereby dismisses this matter with prejudice against all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)."

Dated: November 9, 2011.

Respectfully submitted,

LAUREN N. WASSENBERG, ESQ
E-mail wassenbergl@gmail.com
429 Lenox Avenue Ste. 4W23
Miami Beach, Florida 33139
Ph: 305-537-3723
*Attorney for Plaintiff*
By: s/ Lauren N. Wassenberg____
Lauren N. Wassenberg, Esq.
Florida Bar No. 34083

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 9th day of Novermber, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 0034083
429 Lenox Avenue
Suite 4W23
Miami Beach, FL 33139
(305) 537-3723
Fl. Bar Code No. 054355